UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.: 07-10058-CIV-MOORE/SIMONTON
IN ADMIRALTY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN ROBERT BARLOW, et al.,

    Defendants.
_____/

UNITED STATES' MOTION TO AMEND
FINDINGS OF FACT AND CONCLUSIONS OF LAW

    The United States, by its attorneys, pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, moves to amend the Court's findings of fact and conclusions of law. In support of this motion, the United States respectfully submits the accompanying memorandum of law.

    WHEREFORE, The United States respectfully requests that the Court amend the findings of fact to award judgment in favor of the United States as set out in the United States' Proposed Findings of Fact and Conclusions of Law.

Dated:  December 22, 2008    Respectfully submitted,

                                           RONALD J. TENPAS
                                           Assistant Attorney General
                                           Environment and Natural Resources
                                               Division

                                           _____
                                           JAMES R. MacAYEAL
                                           STEVEN O'ROURKE

Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
(202) 616-8777
Fax: (202) 514-2583

MICHELLE T. DELEMARRE
Torts Branch, Civil Division
U.S. Department of Justice
Post Office Box 14271
Washington, D.C.  20044-4271
(202) 616-4037
Fax: (202) 616-4159

R. ALEXANDER ACOSTA
United States Attorney
WENDY JACOBUS
Chief, Civil Division
Southern District of Florida
99 N.E. 4th Street
Miami, FL  33132
(305) 961-9000

OF COUNSEL:

SHEILA O'BRIEN
NOAA, General Counsel, SE
263 13th Ave. S.
Suite 177
St. Petersburg, FL 33701

Certificate of Service

I hereby certify that on December 22, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties so identified on the attached service list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM-/EFC or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

All of the below are being served using CM/ECF:

Attorneys for Defendants

Andrew W. Anderson, Esq.
Ryon L. Little, Esq.
200 South Biscayne Blvd, Suite 300
Miami, Florida  33131-2332
(305)372-9044 Telephone
(305) 372-5055 Facsimile

_____
James R. MacAyeal